FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2503
_____

MARIO SANCHEZ FAULK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

January 7, 2026


PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher L. Scott of The Law Office of Chris Scott, Lynn Haven, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.